UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CECILIA ALDRIDGE, individually and as
Administrator of the estate of Abbygail Chance                                    PLAINTIFF

v.                                  No. 2:17-CV-02023

EXECUTIVE PARK SURGERY CENTER
OF FORT SMITH, INC., et al.                                                       DEFENDANTS

# ORDER

The Court has previously extended the time for Plaintiff to serve Defendants. On February 26, 2018, the Clerk entered a notice of deficiency on the docket warning Plaintiff that proof of service of Krallman must be filed by March 13, 2018. No proof of service has been filed for Defendant Sheila Krallman. Absent good cause, Federal Rule of Civil Procedure 4(m) requires the Court to dismiss claims that are not timely served upon a Defendant. Plaintiff has made any cause for her failure part of the record, let alone good cause.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Sheila Krallman are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of March, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE