IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| (1) CECILIA ALDRIDGE, individually and as Administrator of the Estate of ABBYGAIL CHANCE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>(1) EXECUTIVE PARK SURGERY CENTER OF FORT SMITH INC., a for profit corporation of Arkansas<br>(2) DR. STACY TAIT, an individual,<br>(3) DR. MICHAEL A. MARSH, an individual,<br>(4) DR. RANDY M ENNEN, an individual,<br>(5) BECKY SATTERFIELD, an individual,<br>(6) ANGELA LEE, an individual,<br>(7) ERIN PARTAIN, an individual,<br>(8) SHEILA KRALLMAN, an individual,<br>(9) MICHELLE GASAWAY, an individual,<br>(10) CASIDY BATES, an individual,<br>(11) CHARITY PRESTON, an individual,<br>(12) LINDA LAGRAND, an individual,<br><br>Defendants. | Case No. CIV-17-2023 |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, Cecilia Aldridge, individually as mother of Abbygail Chance, and as Administrator of the Estate of Abbygail Chance, deceased, and respectfully moves for leave of the Court to dismiss this case, with prejudice, based on the fact that the case has settled.

WHEREFORE, Plaintiff respectfully requests leave of the Court to dismiss with prejudice, and for such other and further relief as the Court deems fair and equitable.

Respectfully Submitted:

*s/ Jerry L. Colclazier*
Jerry L. Colclazier, OBA #13814
**COLCLAZIER & ASSOCIATES**
404 North Main Street
Seminole, OK 74868
Telephone: (405) 382-1212
Facsimile: (405) 382-1214
Jerry@Colclazier.com

– and –

Mariano Acuna, OBA #20023
**ACUNA LAW FIRM**
111 N.W. 15th Street
Oklahoma City, OK 73103
Phone: (405) 225-0703
Fax: (405) 551-8749
mariano@acunalawfirm.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  I certify that on the 9th day of May, 2018, I electronically transmitted the above and foregoing instrument to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

  Mark W. Dossett, AR #95174
  234 East Millsap Road, Ste. 200
  Fayetteville, AR 72703
  Mark.Dossett@KutakRock.com

  L. Kyle Heffley, AR #96085
  MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C
  5414 Pinnacle Point Dr. Ste. 500
  Roger, AR 72758
  kheffley@mwlaw.com

  Brian D. Malkmus, AR #2005064
  Debra L. Gullett, AR #2010013
  MALKMUS LAW FIRM, LLC
  430 South Spring Ave. Ste. 800
  Springfield, MO 65806

              *s/ Jerry L. Colclazier*
              Jerry L. Colclazier