# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

CECILIA ALDRIDGE, individually
and as Administrator of the Estate
of ABBYGAIL CHANCE, Deceased                                    PLAINTIFF

v.                                  No. 2:17-CV-02023

EXECUTIVE PARK SURGERY                                          DEFENDANTS
CENTER OF FORT SMITH INC.,
a for profit corporation of Arkansas, et al.

## **ORDER**

Before the Court is Plaintiff's Motion (Doc. 60) to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). It appearing that the parties are in agreement, the motion (Doc. 60) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE